THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KATHERINE R. LOO
Special Assistant United States Attorney
        333 Market Street, Suite 1500
        San Francisco, California  94105
        Tel:  (415) 977-8927
        Fax:  (415) 744-0134
        Email:  Katherine.Loo@ssa.gov

Attorneys for defendant Michael J.Astrue,
        Commissioner of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES CORCOBA, | ) No.  CV-07-5163-JTL |
|         Plaintiff, | ) |
| | ) **JUDGMENT OF REMAND** |
|         v. | ) |
| | ) |
| MICHAEL J. ASTRUE,  Commissioner | ) |
| of Social Security Administration, | ) |
| | ) |
|         Defendant. | ) |
| | ) |
| | ) |
| | ) |
|_____ | ) |

The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation for Remand") lodged concurrent with the lodging of the within

Judgment of Remand.

///

///

-1-

1    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

2    above-captioned action is remanded to the Commissioner of Social

3    Security for further proceedings consistent with the Stipulation for Remand.

4    DATED: __February 1, 2008

5                                        /s/ Jennifer T. Lum

6    _____

7    HON. JENNIFER T. LUM

8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14   Presented by:

15   THOMAS P. O'BRIEN

16   United States Attorney
     LEON W. WEIDMAN

17   Assistant United States Attorney

18   Chief, Civil Division

19
      _/s/ - Katherine R. Loo_
20   KATHERINE R. LOO

21   Special Assistant United States Attorney

22

23   Attorneys for Defendant

24

25

26

27

28